No. 1038.   POTOMAC ELECTRIC POWER CO. v. PUBLIC UTILITIES COMMISSION ET AL.; and
No. 1135.   UNITED STATES v. PUBLIC UTILITIES COMMISSION ET AL.   May 5, 1947.   Petitions for writs of certiorari to the United States Court of Appeals for the Dis-

trict of Columbia denied. *S. Russell Bowen, T. Justin Moore, George D. Gibson* and *John W. Riely* for the Potomac Electric Power Co., petitioner in No. 1038 and respondent in No. 1135. *Acting Solicitor General Washington* for the United States, respondent in No. 1038 and petitioner in No. 1135. *Vernon E. West* and *Lloyd B. Harrison* for the Public Utilities Commission, respondent. *John O'Dea* filed a brief as People's Counsel, opposing the petitions. Reported below: No. 1038, 81 U. S. App. D. C. 225, 158 F. 2d 521; No. 1135, 81 U. S. App. D. C. 237, 158 F. 2d 533.